UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY ALEXANDER SANDOVAL,

Plaintiff,

v.

NORTH KERN STATE PRISON,

Defendant.

Case No. C 13-4775 KAW (PR)

ORDER OF TRANSFER

Plaintiff Randy Alexander Sandoval, a state prisoner currently incarcerated at the Duel Vocational Institute, has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by the medical staff at North Kern State Prison (NKSP), where he was formerly incarcerated. Specifically, he alleges that medical staff at NKSP violated his constitutional rights by discriminating against him because he is gay and has HIV.

The acts complained of in this complaint occurred at NKSP, which is located in Kern County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 12/4/13

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE